## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Veniscia Humphrey, et al.

                                      Plaintiff,

v.                                                           Case No.: 1:10−cv−03327
                                                                 Honorable Manish S. Shah

United States of America, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Motion hearing held. Plaintiff's Motion to Compel [153] is granted to the extent that Defendant United States of America shall approve the settlement documents and tender the settlement funds to the minor plaintiff no later than 9/26/2014. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.